## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WORLDVENTURES SERVICES,** | § | **Case No.: 20 -42497_____** |
| **LLC,** | § | |
| | § | |
| Debtor. | § | |

### LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS

WorldVentures Services, LLC (the "**Debtor**") hereby files this list of creditors holding the 40 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

DATED: _12/21/2020_____

Respectfully submitted by:

*/s/ Marcus A. Helt*_____
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@foley.com
tscannell@foley.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
40 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtor and its debtor affiliates (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "Top 40 List"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim."

Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders**    12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31)

Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PPP Loan - WV Services, , , | Jonathan Morris, 214.642.1910 , imorris@titanbank.com | Bank Loan | | | | $4,150,886.00 |
| Social Security PPP Deferral: 1WVS WorldVentures Services LLC, , , , | , , | Withholding Tax | | | | $286,559.00 |
| Sykes Budapest, Vaci ut 43.5. emelet, ,Budapest 1134, HUN | Tadd McAnally,+1 303 579 2454, tadd.mcanally@sykes.com | Professional Services | | | | $249,024.16 |
| Sykes do Shanghai, No 221, 3rd Jiangchang Rd, ,Shanghai  200436, CHN | Tadd McAnally,+1 303 579 2454, tadd.mcanally@sykes.com | Professional Services | | | | $235,674.93 |
| Amazon Web Services, Inc., 410 Terry Avenue North, ,Seattle WA 98109, USA | Xavier Thallapally,1877-252-0770,aws-receivables-support@email.amazon.com | Professional Services | | | | $165,718.47 |
| Microsoft Coporation, One Microsoft Way ,, ,Redmond WA 98052, USA | Rick Weinberg, +1 (312) 933-1805, Richard.Weinberg@microsoft.com | Professional Services | | | | $134,339.30 |
| Miramar I Corporation, 15300 Ventura Blvd #304, ,Sherman Oaks CA 91403, USA | Donna Gilbert, (818) 783-3577 | Professional Services | | | | $85,150.77 |
| Sykes do Brasil, Rua Marechal Deodoro, 822, ,Centro - Curitiba , Brazil | Tadd McAnally,+1 303 579 2454, tadd.mcanally@sykes.com | Professional Services | | | | $56,230.00 |
| Linkedin Corporation, 2029 Stierlin Ct, ,Mountain View CA 94043, USA | Cecilia Lazar, mlazar@linkedin.com | Professional Services | | | | $29,574.94 |
| Alletec USA Inc, 8413 Euclid Avenue, ,Cleveland OH 44106, USA | Globy George,+1 510 516 7886,ggeorge@alletec.com | Professional Services | | | | $29,354.40 |
| Unit4 Business Software Inc, 801-1000 Elm Street, ,Manchester NH 03101, USA | Simone Segato, 250-704-4461, Simone.Segato@unit4.com | Professional Services | | | | $20,703.28 |
| Lee and Li, Attorneys-at-Law, 7F, 201 Tun Hua N. Road, ,Taipei , Taiwan | Lawrence Yu, 886-2-27153300 ext. 2387, lawrenceyu@leeandli.com | Professional Services | | | | $376.00 |
| First Commercial Bank, 4th Floor No.61 Section 2,Zhongshan N Rd. , Taipei City,Zhongshan District 10491, Taiwan | First Commercial Bank 30,Chung King South Road,Sec. 1 Taipei 100 ,Taiwan,R.O.C. TEL : +886-2-2348-1111 | Professional Services | | | | $311.37 |
| Talent Wise dba Sterling Talent Solutions, PO BOX 3876, ,Seattle WA 98124, USA | Accounts Receivable, 1-800-853-3228, accountsreceivable@sterlingts.com  and Liv Buenaflor Vilma.Buenaflor@sterlingcheck.com, 19727669322 | Professional Services | | | | $217.59 |
| Twilio,Inc, 375 Beale Street, Ste 300, ,San Francisco CA 94105, USA | Art Ruiz, (719) 290-6043, aruiz@twilio.com | Professional Services | | | | $200.00 |